FRANK G. BINSWANGER, JR. v. IRA INGERMAN.

November 12, 1984.

Petition for certification denied.

YACKER, GRANATA AND CLEARY v. ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

November 12, 1984.

ORDERED that the petition for review of the Advisory Committee on Professional Ethics Opinion Number 460, entitled *Conflict of Interest—Regional Sewerage Authority Counsel, Municipal Counsel: Partners,* is denied.

LARRY A. STEMPLER, v. E. ALLEN SPEIDELL, M.D.

November 12, 1984.

Leave to appeal is granted.

STATE OF NEW JERSEY v. JAMES A. HASKELL.

November 12, 1984.

Leave to appeal is granted.   (See 195 *N.J.Super.* 235)